David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480 Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-11
```

------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o Perrigo Company

              Plaintiff,

  - against -

EF TRUCKING LLC; BRINK TRUCK LINES
INC.;

             Defendants.
------------------------------------------------x

11 Civ. 1395 (HB)

**STIPULATION & ORDER**

It is hereby stipulated that the following revised schedule will apply to defendant Brink Truck Lines, Inc.'s motion to dismiss or transfer the action:

Plaintiff's opposition papers to be served and filed by July 22, 2011;

Defendant's reply papers to be served and filed by July 29, 2011.

The return date of the motion is extended to August 5, 2011.

It is further stipulated that plaintiff may file an amended complaint by July 18, 2011.

Dated: New York, New York
       July___, 2011

                                SO ORDERED:

                                _____
                                UNITED STATES DISTRICT JUDGE

Stipulation & Order
111 Civ. 1395 (HB)
Page 2

                Law Offices,
                David L. Mazaroli

             By: _____
              David L. Mazaroli
              Attorney for Plaintiff
              11 Park Place-Suite 1214
              New York, New York 10007
              Tel: (212)267-8480
              Fax: (212)732-7352

George W. Wright & Associates, LLC
Attorneys for Defendant
BRINK TRUCK LINES INC.

_____
By: Narinder S. Parmar
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel (201)342-8884

In addition to the above, the parties are directed to submit a proposed pretrial scheduling order by Aug. 5, 2011, which schedule may not extend beyond July 5, 2012, at the longest.

SO ORDERED _____
Harold Baer, Jr., U.S.D.J.
Date: 7/7/11