07/22/2011 13:08 FAX 12127327352   MAZAROLI LAW OFFICE

Case 1:11-cv-01395-HB   Document 14   Filed 08/18/11   Page 1 of 2

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o Perrigo Company

      Plaintiff,

   - against -

EF TRUCKING LLC; BRINK TRUCK LINES
INC.;

      Defendants.
-----------------------------------------------------------x

11 Civ. 1395 (HB)

**STIPULATION & ORDER OF TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

WHEREAS defendant Brink Truck Lines, Inc. ("Brink") has filed a motion to transfer this action to the United States District Court for the Western District of Michigan ("transferee court");

WHEREAS Brink consents to jurisdiction and venue in the proposed transferee court, which is a federal judicial district through which it operates and where it maintains its principal place of business;

WHEREAS Brink has agreed that depositions of any witnesses of plaintiff not domiciled in the proposed transferee court may be taken at the domicile of said witnesses or by telephone;

WHEREAS based on Brink's aforesaid representations plaintiff consents to the transfer of this action to the proposed transferee court;

WHEREAS no answer or motion for summary judgment has been filed by the co-defendant EF Trucking LLC, who is in default;



Stipulation & Order of Transfer
11 Civ. 1395 (HB)
Page 2

IT IS HEREBY STIPULATED AND ORDERED that the captioned action be and hereby is transferred pursuant to 28 U.S.C. § 1404(a) from this Court to the United States District Court for the Western District of Michigan; and

IT IS FURTHER STIPULATED AND ORDERED that the Clerk of this Court shall forward the papers on file in this Court to the Clerk of the United States District Court for the Western District of Michigan.

IT IS FURTHER STIPULATED AND ORDERED that the motion to dismiss or alternatively to transfer the action filed by Brink [D.E. # 8-10] is hereby withdrawn as moot in view of the aforesaid agreement to transfer the action.

Dated: New York, New York
~~July ___, 2011~~
August 18, 2011

So Ordered:
_____
United States District Judge

Law Offices,
David L. Mazaroli
By: _____
David L. Mazaroli
Attorney for Plaintiff
11 Park Place-Suite 1214
New York, New York 10007
Tel: (212)267-8480
Fax: (212)732-7352

George W. Wright & Assoc., LLC
Attorneys for Defendant
BRINK TRUCK LINES INC.
By: George W. Wright p.e.a.
George W. Wright
Narinder S. Parmar
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel (201)342-8884
Fax: (201)343-8869